# UNITED STATES DISTRICT COURT

## District of Minnesota

Christian Alexander Sun Chajon,

Petitioner,

v.

Todd Blanche, Markwayne Mullin, David Venturella, David Easterwood, Mary De Anda-Ybarra, Warden,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-778 JRT/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Civil Cases 26-639, 26-778, and 26-1429 shall be closed.

Date: 6/10/2026

KATE M. FOGARTY, CLERK