**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CHRISTIAN A.S.C.,

Petitioner,

Civil No. 26-778 (JRT/LIB)

v.

TODD BLANCHE, *United States Attorney General*;[1] MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*;[2] DAVID VENTURELLA, *Acting Director of U.S. Immigration and Customs Enforcement*;[3] DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; MARY DE ANDA-YBARRA, *Director, El Paso Field Office, Immigration and Customs Enforcement*; and WARDEN, *Director of the El Paso Camp East Montana*,

Respondents.

**ORDER DENYING RESPONDENTS' MOTION TO STAY**

Laura Farley, **LATHROP GPM LLP,** 80 South Eighth Street, Suite 3100, Minneapolis, MN 55402; Luke Grundman and Mary Kaczorek, **MID-MINNESOTA LEGAL AID**, 111 North Fifth Street, Suite 100, Minneapolis, MN 55403, for Petitioner.

David W. Fuller and David R. Hackworthy, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 for Respondents.

---

[1] Automatically substituted for predecessor under Fed. R. Civ. P. 25.

[2] Automatically substituted for predecessor under Fed. R. Civ. P. 25.

[3] Automatically substituted for predecessor under Fed. R. Civ. P. 25.

Earlier this year, Petitioner Christian A.S.C. was arrested by immigration officials. He filed a petition for a writ of habeas corpus on January 28, 2026, and the Court granted the petition on February 6, 2026, and ordered his immediate release. *See Christian A.S.C. v. Bondi*, Civ. No. 26-778, 2026 WL 323098 (D. Minn. Feb. 6, 2026.)

Petitioner now seeks attorney's fees under the Equal Access to Justice Act ("EAJA"). (Mot. Atty.'s Fees, Jul. 9, 2026, Docket No. 40.) In lieu of a timely response, Respondents moved to hold the motion in abeyance until the U.S. Supreme Court issues its decision *Montoya Palacios v. Liggins*, No. 25-1223, which will address whether a prevailing petitioner in a habeas challenge to immigration detention is eligible for attorney's fees under the EAJA. Petitioner opposes Respondents' motion. (Mot. Stay, Jul. 23, 2026, Docket No. 46.)

The party requesting a stay "bears the burden of establishing its need." *Kreditverein der Bank Austria Creditanstalt fur Niederösterreich und Bergenland v. Nejezchleba*, 477 F.3d 942, 945 n.3 (8th Cir. 2007) (citation omitted). The Court has already determined that until the Eighth Circuit or Supreme Court instructs it otherwise, it will consider EAJA fees available in immigration habeas cases. *See Riky A.M.L. v. Blanche*, Civ. No. 26-1429, 2026 WL 2241589, at *3 n.1 (D. Minn. Aug. 4, 2026).

The Court therefore finds no good cause to grant a stay. Accordingly, the Court will deny Respondents' Motion for Abeyance and will direct Respondents to respond to the merits of the fees motion.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Respondents' Motion for Abeyance (Docket No. [48]) is **DENIED**.
2. Respondents shall file a response to Petitioner's Motion for Attorney's Fees (Docket No. [40]) by **5:00 p.m. on Friday, August 21, 2026**.

DATED: August 17, 2026
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge